**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARL DEAN SMITH, )<br>)<br>Defendant. )<br>_____) | CRIMINAL ACTION<br><br>No. 05-20104-01-KHV |

**MEMORANDUM AND ORDER**

On March 1, 2010, the Court overruled defendant's <u>Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody</u> (Doc. #74). <u>See</u> <u>Memorandum And Order</u> (Doc. #82). Effective December 1, 2009, Rule 11 of the Rules Governing Section 2255 Proceedings states that the Court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court therefore addresses the issue in this supplemental order. "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).[1] To satisfy this standard, the movant must demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Saiz v. Ortiz</u>, 393 F.3d 1166, 1171 n.3 (10th Cir. 2004) (quoting <u>Tennard v. Dretke</u>, 542 U.S. 274, 282 (2004)). For reasons stated in the <u>Memorandum And Order</u> (Doc. #82), the Court finds that defendant has not made a substantial showing of the denial of a constitutional right. The Court therefore denies a certificate of appealability as to its ruling on defendant's Section 2255 motion.

---

[1] The denial of a Section 2255 motion is not appealable unless a circuit justice or a circuit or district judge issues a certificate of appealability. <u>See</u> Fed. R. App. P. 22(b)(1); 28 U.S.C. § 2253(c)(1).

Dated this 4th day of May, 2010, at Kansas City, Kansas.

>                                   s/ Kathryn H. Vratil
>                                   KATHRYN H. VRATIL
>                                   United States District Judge